```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ZAYA WINFIELD CARTER, et al.    :         CIVIL ACTION
                                :
        v.                      :
                                :
UNITED STATES OF AMERICA        :         NO. 11-6669
```

ORDER

AND NOW, this 7th day of February, 2014, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of the United States of America for summary judgment in its favor and against the plaintiffs (Doc. #18) is GRANTED to the extent the plaintiffs' claim is based on the failure of Parkview Health Center to:

    (a) perform a Group B Streptococcus test on Briana Winfield at 35-37 weeks' gestation and obtain the results of the test;

    (b) inform Hahnemann University Hospital on August 5, 2010 of Briana Winfield's previously obtained positive Group B Streptococcus test results; or

    (c) maintain Winfield's abnormal test results with her medical chart rather than in a separate folder; and

-2-

(2)  the motion of the United States of America for summary judgment in its favor and against the plaintiffs (Doc. #18) is otherwise DENIED in all respects beyond the limited circumstances described in Paragraph (1) above.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                        J.